**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-8551**

———————————

THOMAS G. RUTHERS, II,

                                    Petitioner - Appellant,

        versus

JOHN GULCH, Warden, FCI Bastrop; STATE OF WEST
VIRGINIA,

                                    Respondents - Appellees.

———————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  William M. Kidd, Senior
District Judge.  (CA-94-206-2)

———————————

Submitted:  April 15, 1996            Decided:  May 9, 1996

———————————

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Thomas G. Ruthers, II, Appellant Pro Se.  William David Wilmoth,
United States Attorney, Wheeling, West Virginia; Darrell V. McGraw,
Jr., Scott E. Johnson, OFFICE OF THE ATTORNEY GENERAL OF WEST
VIRGINIA, Charleston, West Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss on the reasoning of the district court. Ruthers v. Gulch, No. CA-94-206-2 (N.D.W. Va. Dec. 6, 1995). Appellant identified several issues in his informal brief which he claims were not ruled on by the district court. We find that these issues were either incorporated into the district court's ruling, or wholly without merit. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED